**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JESSE CHILSON,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**RETALIX USA, INC., et al.,** )<br>)<br>**Defendants.** ) | 8:07CV101<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on September 7, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **September 18, 2007, at 9:00 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge