# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CHILSON, ) | |
| ) | 8:07CV101 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RETALIX USA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the defendants' motion to stay proceeding pending arbitration (Filing No. 16) and the plaintiff's opposition to the defendants' motion to stay proceedings pending arbitration and request for evidentiary hearing (Filing No. 18). Following a telephone conference with the parties on September 18, 2007,

**IT IS ORDERED:**

1.   The plaintiff's request for an evidentiary hearing (Filing No. 18) is granted.

2.   The defendants' motion to stay proceeding pending arbitration (Filing No. 16) is set for oral argument and an evidentiary hearing **on September 27, 2007, at 2:00 p.m.** in the Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge